IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WENDY HABEGGER,

      Appellant,

v.

UNIVERSITY OF WEST
FLORIDA, BOARD OF
TRUSTEES, DAVID DICKEY
and WEAR TV CHANNEL 3,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2909

Opinion filed June 14, 2016.

An appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

Cecile M. Scoon of Peters & Scoon, Panama City, for Appellant.

Larry A. Matthews and Raymond F. Higgins, III, of Matthews & Higgins, LLC, Pensacola, for Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, MAKAR and WINSOR, JJ., CONCUR.